**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02915-CMA-NYW

ABDUR KHAN,

Plaintiff,

v.

DIGITALGLOBE, INC.,

Defendant.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Defendant, DigitalGlobe, Inc.'s ("Defendant") Unopposed Motion to Amend Scheduling Order, filed June 29, 2015 [#21] (the "Motion"). Pursuant to the Order Referring Case dated October 28, 2014 [#4], the Reassignment dated February 10, 2015 [#20], and the Memorandum dated June 30, 2015 [#22], the Motion is before this Magistrate Judge.

      IT IS ORDERED that the Motion is GRANTED.  Accordingly, IT IS ORDERED that the rebuttal expert disclosure deadline is re-set to **August 31, 2015**.

DATED: July 8, 2015