**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02915-CMA-NYW

ABDUR KHAN,

    Plaintiff,

v.

DIGITAL GLOBE, INC.,

    Defendant.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Plaintiff Abdur Khan and Defendant Digital Globe, Inc.'s Joint Motion to Amend Scheduling Order, filed on August 24, 2015 [#24] (the "Motion"). Pursuant to the Order Referring Case dated October 28, 2014 [#4], the Reassignment dated February 10, 2015 [#20], and the Memorandum dated August 25, 2015 [#25], the Motion is before this Magistrate Judge.

    IT IS ORDERED that the Motion is GRANTED AS FOLLOWS:

(1) Defendant Digital Globe, Inc. shall proceed with its expert disclosure as scheduled on **August 31, 2015**;
(2) Plaintiff Abdur Khan is to be produced for a supplemental deposition as requested in the Motion at least 90 days prior to trial;
(3) Plaintiff Abdur Khan will provide any appropriate supplemental expert disclosure at least 90 days prior to trial;
(4) Defendant Digital Globe, Inc. will provide any appropriate supplemental rebuttal expert disclosures at least 70 days prior to trial.

    The Parties are further instructed that notwithstanding any purported reservation of rights in the Motion, the applicable deadlines for the filling of any evidentiary challenges remain as set by the Honorable Christine M. Arguello's Civil Practice Standards.

DATED: August 27, 2015